# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADALE L. WILLIAMS,<br><br>   Plaintiff,<br><br>   v.<br><br>N. GRANNIS, et al.,<br><br>   Defendants.<br>_____/ | CASE NO. 1:07-cv-01008-AWI-DLB PC<br><br>ORDER ALLOWING TIME TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS |

Plaintiff Shadale L. Williams ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302. On April 15, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff. Plaintiff has not filed objections to the Findings and Recommendations. However, the Findings and Recommendations did not give Plaintiff a deadline in which to file objections or inform Plaintiff that he could file objections to the Findings and Recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff may file any objections to the Magistrate Judge's Findings and Recommendations within thirty (30) days after being served with a copy of this order (any such objections should be captioned "Objections to Magistrate Judge's Findings and Recommendations"); and

2. The Clerk shall serve an additional copy of the Findings and Recommendations (Doc. No.

15-1) to the Plaintiff.

Plaintiff is warned that the failure to timely file objections to the Magistrate Judge's Findings and Recommendations may waive the right to appeal the order of the District Court. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   June 3, 2008**            /s/ Anthony W. Ishii
                                     UNITED STATES DISTRICT JUDGE