# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADALE L. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>N. GRANNIS, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | CASE NO. 1:07-cv-01008-AWI-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION AS AGAINST DEFENDANT PFEIFFER |

Plaintiff Shadale L. Williams ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 15, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff. Plaintiff has not filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.　　The Findings and Recommendations, filed April 15, 2008, is adopted in full;

2.　　This action is dismissed as against defendant Pfeiffer for failure to state a claim; and

3.　　This action is referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:　July 9, 2008**　　　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE