UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHADALE WILLIAMS, | ) ) | CASE NO.: 1:07-cv-01008 AWI DLB P |
| Plaintiff, | ) ) | ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S |
| v. | ) ) | MOTION FOR INJUNCTIVE RELIEF/ TEMPORARY RESTRAINING |
| N. GRANNIS, et al., | ) ) | ORDER |
| Defendants. | ) ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On February 21, 2008, plaintiff filed a for motion for a temporary restraining order (Doc. 13). Defendants are HEREBY ORDERED to respond to plaintiff's motion within 15 days of this order.

IT IS SO ORDERED.

Dated: **August 8, 2008**         /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE