IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADALE WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>N. GRANNIS, et al.,<br><br>    Defendants. | 1:07-CV-1008 AWI DLB P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Document #13) |

    This is a civil action filed by state prisoner Shadale Williams.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302. On September 3, 2008, the Magistrate Judge filed Findings and Recommendations that recommended the court deny Plaintiff's motion for preliminary injunctive relief.   The Findings and Recommendations gave notice to the parties that they could file objections within 15 days. On September 18, 2008, Plaintiff filed objections to the Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the entire file, including the objections, the court finds the Findings and Recommendations to be supported by the record and by proper analysis.   The objections do not dispute the fact that Plaintiff's motion is now moot.   Plaintiff only takes issue with the court considering Defendants' opposition because Plaintiff believes the Defendants are

in default. Regardless of Defendants' standing to oppose Plaintiff's motion, the injunctive relief sought is moot. Thus, denying the motion as being moot is appropriate.

      Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed September 3, 2008, are ADOPTED IN FULL;
2. Plaintiff's motion for preliminary injunctive relief is DENIED; and
3. This action is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   September 23, 2008**            **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE

2