1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADALE L. WILLIAMS, | CASE NO. 1:07-CV-01008-AWI DLB-P |
| Plaintiff, | ORDER DENYING MOTION FOR ENTRY OF DEFAULT |
| v. | (Doc. 43) |
| N. GRANNIS, et al., | |
| Defendants. | ORDER RE MOTION FOR COURT ORDER AND FOR SANCTIONS |
| | (Doc. 37) |
| | ORDER DISREGARDING MOTION FOR TRANSCRIPTS/COURT DOCUMENTS |
| | (Doc. 51) |

_____/

19 **I.    Background**

20       Plaintiff Shadale Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma

21 pauperis in this civil action pursuant to 42 U.S.C. § 1983.  This action is proceeding against

22 defendants Lopez, Brubaker, Hill, Arlitz, Grannis, Bautista, Tyson, Hedgpeth and Spaeth

23 ("Defendants").

24       On August 3, 2008, Plaintiff filed a motion for a court order directing defendants to respond

25 to his complaint and for money sanctions. (Doc. 37.)  On August 28, 2008, Plaintiff filed a request

26 for entry of default.  (Doc. 43.)

27 ///

28 ///

1

**II.     Motion for Entry of Default**

On June 25, 2008, defendants Grannis, Brubaker, Hill, Arlitz, Tyson, and Spaeth filed a motion seeking to revoke Plaintiff's in forma pauperis status pursuant to 28 U.S.C. §1915(g) on the ground that Plaintiff is a vexatious litigant.   (Doc. 25.)  On July 17 and 28, 2008, and August 5, 2008, defendants Bautista, Lopez and Hedgpeth respectively moved to join the motion to revoke plaintiff's *in forma pauperis* ("IFP") status. (Docs. 32, 33, 35.)

Defendants filed their motions prior to Plaintiff's request for entry of default.  The  motions indicate an intent to defend the action.  *See Direct Mail Specialists, Inc. v. Eclat Computerized Technologies, Inc.,* 840 F2d 685, 689 (9th Cir. 1988) (responses indicating defendant's intent to defend the suit prevents entry of default).  Plaintiff's request for entry of default is DENIED.

**III.    Motion for Responsive Pleading and Money Sanctions**

On August 29, 2008, the Court issued an order denying Defendants' motion to revoke Plaintiff's IFP status without prejudice and ordered Defendants to serve and file a response to Plaintiff's complaint within thirty (30) days.  (Doc. 40.)  Defendants filed an answer on October 1, 2008.  (Doc. 46.)

Plaintiff's motion for a Court order commanding Defendants to reply to his complaint, filed August 3, 2008,  is DISREGARDED as MOOT.

Plaintiff's also seeks money sanctions on the grounds of unreasonable and undue delay.  The Court does not find that money sanctions are warranted.  Plaintiff's request is denied.

**IV.    Motion for Transcripts and Court Documents**

On December 1, 2008, Plaintiff filed with the District Court a courtesy copy of Plaintiff's motion for transcripts and court documents filed with the United States Court of Appeals. (Doc. 51.) The motion is not pending before this Court and is therefore DISREGARDED.

IT IS SO ORDERED.

**Dated:    June 1, 2009**          **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE