# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADALE L. WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>N. GRANNIS, et al.,<br><br>    Defendants. | CASE NO. 1:07-CV-01008-AWI DLB-P<br><br>ORDER DENYING REQUEST FOR SUSPENSION OF DISCOVERY CALENDAR<br><br>(Doc. 58)<br><br>ORDER DIRECTING PLAINTIFF TO FILE RESPONSE TO MOTION TO DISMISS WITHIN TWENTY (20) DAYS |

**1.  Plaintiff's Motion For Temporary Suspension of Discovery Calendar**

Plaintiff Shadale Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On June 22, 2009, Plaintiff filed a request to suspend the discovery calendar. Plaintiff states that he was placed in Administrative Segregation on May 6, 2009. Plaintiff argues that he is unable to ligate this action because he currently does not have access to his legal property and has been denied access to the law library.

Modification of the pretrial scheduling order requires a showing of good cause. Fed. R. Civ. P. 16(b). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992)). "If the party seeking the modification 'was not diligent, the inquiry should end' and the motion to modify should not be granted." Id.

1

1  Pursuant to the Discovery and Scheduling Order, the deadline to amend pleadings is November 27, 2009, the discovery cut-off is January 27, 2010, and the dispositive motion deadline is March 31, 2010. (Doc. 56.)

Plaintiff filed his request on June 22, 2009, indicating that his Ad-Seg placement is to last sixty days. The deadline to amend pleadings, to conduct discovery, and to file dispositive motions do not expire for several months and Plaintiff has not demonstrated why he cannot meet these deadlines despite his due diligence. Therefore, Plaintiff's motion for suspension of the discovery calendar, construed as a motion for modification of the Discovery and Scheduling Order, is denied.

**2.     Defendants' Motion to Dismiss**

On July 24, 2009, defendants Grannis, Brubaker, Hill, Arlitz, Bautista, Tyson, Hedgepeth, Spaeth and Lopez filed a motion to dismiss pursuant to the unenumerated portion of Rule 12(b) of the Federal Rules of Civil Procedure. Plaintiff has not filed an opposition or statement of non-opposition to the motion. Local Rule 78-230.

Plaintiff is HEREBY ORDERED to file a response to the motion within **twenty (20)** days of service of this order. Failure to comply with this order may result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

Dated:   **October 2, 2009**          /s/ **Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE

2