# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADALE L. WILLIAMS,<br><br>            Plaintiff,<br><br>      v.<br><br>N. GRANNIS, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:07-CV-01008-AWI-DLB PC<br><br>ORDER DENYING MOTION REGARDING PROPERTY AS MOOT (DOC. 61)<br><br>ORDER DENYING SANCTIONS AGAINST DEFENDANTS FOR PERJURED SUBMISSIONS AS MOOT (DOC. 64)<br><br>ORDER DENYING MOTION FOR ADMISSION OF EVIDENCE AS MOOT (DOC. 65) |

Plaintiff Shadale L. Williams ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are: 1) Plaintiff's motion regarding his property, filed October 19, 2009; 2) Plaintiff's motion for sanction against Defendants for perjured submissions, filed November 5, 2009; and 3) Plaintiff's motion for admission of evidence, filed December 10, 2009.

**I.      Motion Regarding Property**

Plaintiff contends that he needed his legal property in order to oppose to Defendants' motion to dismiss for failure to exhaust administrative remedies. That motion has already been resolved. (Findings and Recommendations, filed January 19, 2010, Doc. 66; Order Adopting Findings and Recommendations, filed March 25, 2010, Doc. 68.) Plaintiff was able to file an opposition on November 5, 2009, as well as objections to the Findings and Recommendations on February 25, 2010. (Docs. 63, 67.) Thus, Plaintiff's motion regarding his property is HEREBY DENIED as moot.

II. **Motion For Sanctions Against Defendants**

Plaintiff contends that Defendants' motion to dismiss for failure to exhaust administrative remedies contained false statements. Plaintiff's arguments are unpersuasive, as the Court found Defendants' evidence to be correct and sufficient. Accordingly, Plaintiff's motion for sanctions is HEREBY DENIED as moot.

III. **Motion For Admission Of Evidence**

Plaintiff moves for admission of several affidavits in support of Plaintiff's opposition to Defendants' motion to dismiss. These affidavits were unpersuasive to the resolution of the motion to dismiss. Accordingly, Plaintiff's motion for admission of evidence is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: **August 24, 2010**           /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

2