# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADALE L. WILLIAMS, | CASE NO. 1:07-CV-01008-AWI-DLB PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| N. GRANNIS, et al., | (DOC. 72) |
| Defendants. | RESPONSE DUE WITHIN THIRTY DAYS |

Plaintiff Shadale L. Williams ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 7, 2010, Defendants N. Grannis, S. Lopez, C. Brubaker, Bautista, and Spaeth filed a motion for summary judgment. As of the date of this order, Plaintiff has not filed an opposition. On June 1, 2010, Plaintiff filed a motion requesting a sixty-day extension of time to file an opposition. The sixty-day time period has elapsed, and Plaintiff has yet to file an opposition.

Accordingly, it is HEREBY ORDERED that Plaintiff is to file an opposition to Defendants' motion for summary judgment within thirty days from the date of service of this order. Failure to file a timely opposition or otherwise respond will be construed as a waiver of opposition by Plaintiff.

IT IS SO ORDERED.

Dated:  **August 24, 2010**           **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE

1